IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE**, <br><br> *Defendant*. | Case No. 1:24-cv-2176-BAH |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6(b), Cameron Silverberg hereby withdraws his appearance in this case as counsel for Defendant because he is leaving the U.S. Department of Justice. Robert Meyer has previously entered an appearance remains as counsel for Defendant.

Dated: May 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Cameron Silverberg*
CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.:  (202) 353-9265
Fax:  (202) 616-8470
Email: Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendant*