## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JUDICIAL WATCH, INC.**,

*Plaintiff,*

v.

**U.S. DEPARTMENT OF JUSTICE**,

*Defendant*.

Case No. 1:24-cv-2176-BAH

## STIPULATION OF DISMISSAL

Defendant has completed its supplemental search that the parties agreed upon and has conducted a review of the results. Defendant has informed Plaintiff that the potentially responsive records located in its classified files are substantively no different than those produced by Defendant on April 9, 2025. Plaintiff is now satisfied with Defendant's response to Plaintiff's FOIA request at issue in this case.

Accordingly, the parties, by counsel and pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice, each to bear its own attorney's fees and costs.

//

//

//

//

//

//

//

Dated: April 1, 2026

Respectfully submitted,

/s/ *Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172
MBekesha@JUDICIALWATCH.ORG

*Counsel for Plaintiff*


BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

/s/ *John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 398-3398
John.J.Halloran.Jr@usdoj.gov

*Counsel for Defendant*

2